UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

ERIK R. STEPHENS,

                          Plaintiff

                                              ORDER

-vs-

                                              10-CV-6534 CJS

UNITED AIRLINES,

                          Defendant

_____

       On January 25, 2013, the Honorable Marian W. Payson, United States Magistrate Judge, issued a Report and Recommendation (Docket No. [#19]), recommending that this action be dismissed with prejudice for failure to prosecute. No objections have been filed to the Report and Recommendation, and the time for doing so has now passed. Accordingly, it is hereby

       ORDERED, that this action is dismissed with prejudice for failure to prosecute. The Clerk of the Court is directed to close this action.

       SO ORDERED.

Dated:      Rochester, New York
              March 22, 2013

                                         ENTER:

                                         /s/ Charles J. Siragusa
                                         CHARLES J. SIRAGUSA
                                         United States District Judge